Laura Seehase, Appellee, v. Robert M. Hirsch,
Appellant.

Gen. No. 44,691.

opinion filed June 20,
1949; released for publication July 18, 1949. Maurice S. Weinzelbaum,
Murray Randolph and Robert R. Harring, Jr., for appellant; Harold A.
Feierberg, of counsel; E. C. Frank Meier, Walter F. Cebelin, Philip
Romiti and Wiley Higuchi, for appellee. Opinion by PRESIDING JUSTICE
FEINBERG. Not to be published in full.